UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARLON IRAOLA, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.   MJ07-574 <br><br><br> DETENTION ORDER |

Offenses charged:

    Counts 1-10:   Bank Fraud, in violation of Title 18, U.S.C., Sections 1344 and 2;

    Count 11:   Possession of Stolen Mail Matter, in violation of Title 18, U.S.C., Section 1708;

    Count 12:   Aggravated Identity Theft, in violation of Title 18, U.S.C., Sections 102/A(a)(1) and 2.

Date of Detention Hearing:  February 4, 2008

    The Court, having conducted an uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by Nicholas Brown. The defendant was represented by Peter Avenia.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) The defendant was not interviewed by Pretrial Services, therefore there is no information available regarding defendant's personal history.

(2) The defendant has an active warrant filed against him which is extraditable in the

DETENTION ORDER
PAGE -1-

state of California.

(3)  A BICE detainer was filed against him.

(4)  The defendant does not contest detention at this time.

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(1)  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 5th day of February, 2008.

                                                                                  MONICA J. BENTON
                                                                                  United States Magistrate Judge